**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6816**

———————

JARRETT D. HOLDEN,

Petitioner - Appellant,

versus

D.A. BRAXTON, Chief Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.  (CA-01-709-AM)

———————

Submitted:  August 15, 2002      Decided:  August 20, 2002

———————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jarrett D. Holden, Appellant Pro Se.  Leah Ann Darron, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jarrett D. Holden appeals the district court's order granting the Respondent's motion to dismiss and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Holden v. Braxton, No. CA-01-709-AM (E.D. Va. filed Apr. 22, 2002 & entered Apr. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2